# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERZHIK SARGSYAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIFUND GOVERNMENT SERVICES, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-06291-R-PJW<br><br>**JUDGMENT** |

On October 16, 2012, the Court issued an Order granting the motion of defendant Northstar Location Services, LLC to dismiss the complaint of the plaintiff, Serzhik Sargsyan ("Plaintiff"). (Doc. No. 50.) In that Order, the Court, sua sponte, dismissed the case with prejudice as to all the defendants, including defendant Resurgent Capital Services, L.P. (*Id.*)

On December 20, 2012, Resurgent Capital Services, L.P. filed a motion for an award of sanctions for its attorneys' fees and costs incurred in defending this action. (Doc. No. 57.) The Court granted the motion by Minute Order dated February 4, 2013. (Doc. No. 62.)

1    **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing by Plaintiff's complaint and defendant Resurgent Capital Services, L.P. is hereby **DISMISSED** from this action, **WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel, Arshak Bartoumian, shall pay to defendant Resurgent Capital Services, L.P. the amount of **$10,148.65**.

DATED: _Feb. 28, 2013___        _____
                                HON. MANUEL L. REAL
                                UNITED STATES DISTRICT JUDGE