1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| SERZHIK SARGSYAN, | ) | CASE NO.: 2:12-cv-06291-R-PJW |
| | ) | **JUDGMENT** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIFUND GOVERNMENT SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1        The motion of defendant Unifund Government Services, LLC ("Unifund")

2    for attorneys' fees and costs pursuant to the Court's inherent authority and 28

3    U.S.C. § 1927 (Doc. No. 58) came on for hearing on February 4, 2013 before this

4    Court.  For the reasons stated in the Court's Order Granting Unifund's motion for

5    attorneys' fees and costs (Doc. No. 65), dated February 28, 2013, JUDGMENT IS

6    HEREBY ENTERED in favor of defendant Unifund and against Arshak

7    Bartoumian in the amount of $2,175.18.  Arshak Bartoumian, shall pay Unifund

8    within 30 days of the entry of this judgment.

9

10   DATED: _June 18, 2013_    _____

11                             The Hon. Manuel L. Real
                               United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28